IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN RHODES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-1571 |
| | § | |
| JACOBS FIELD SERVICES NORTH | § | |
| AMERICA, INC., *et al.*, | § | |
| Defendants. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between Plaintiff and Defendants. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **September 19, 2014,** that the settlement could not be completely documented.

SIGNED at Houston, Texas this 17th day of **July, 2014.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2013\1571Conditional.wpd   140717.1137